### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| NANO-PROPRIETARY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. A-05-CA-258-SS |
| | § | |
| CANON INC. and | § | |
| CANON U.S.A., INC., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

Attached are Defendants' objections to Plaintiff's trial exhibits pursuant to Local Rule CV 16(e)(ii). Defendants reserve the right to make further objections to Plaintiff's exhibits upon their introduction at trial and reserve the right to object to any exhibit offered by Plaintiff that was not listed on its exhibit list. Additionally, Defendants reserve the right to make additional objections to Plaintiff's trial exhibits under Rules 402 and 403 of the Federal Rules of Evidence. *See* Fed. R. Civ. P. 26(a)(3), Local Rule CV 16(e)(ii). Set forth below is a list of codes used in the attached objections.

| Code | Description | Rule |
|---|---|---|
| F | Insufficient foundation | E.g., Fed. R. Evid. 901 |
| G | Grouped documents; requires more specific identification of individual documents within group. The objection party reserves the right to further object after inspection or examination of the properly grouped documents. | |
| H | Hearsay | Fed. R. Evid. 802 |
| HH | Hearsay within hearsay | Fed. R. Evid. 805 |

| IC | Incomplete | |
| NP | Not previously produced | |
| UA | Unauthenticated | Fed. R. Evid. 901 |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-1 | 12/3/2001 - 12/20/2001 | Composite Exhibit Including Meeting Minutes | CANON 000001-07 | G |
| Exhibit P-2 | 10/21/2001 | Meeting Material | CANON 000037-39 | |
| Exhibit P-3 | 7/30/2002 | Meeting Material | CANON 000998-1006 | IC |
| Exhibit P-4 | 10/16/2002 | Meeting Material | CANON 001935-73 | |
| Exhibit P-5 | 10/21/2002 | Amended Meeting Material | CANON 001974-80 | |
| Exhibit P-6 | 12/20/2004 | Meeting minutes | CANON 003554 | |
| Exhibit P-7 | 12/13/2004 | Meeting minutes | CANON 003555 | |
| Exhibit P-8 | 11/8/2004 - 11/29/2004 | Composite Exhibit Including Meeting Minutes | CANON 003556-59 | G |
| Exhibit P-9 | 10/18/2004 | Meeting minutes | CANON 003577-587 | G |
| Exhibit P-10 | 8/30/2004 | Meeting Minutes | CANON 003625-636 | G |
| Exhibit P-11 | 7/22/1999 | SED Joint Development Schedule | CANON 004841-42 | |
| Exhibit P-12 | 7/22/1999 | Meeting Materials and Discussion Materials | CANON 004858-60 | |
| Exhibit P-13 | 4/22/1999 | Fax from Yaniv to Ohno | CANON 008451-52 | |
| Exhibit P-14 | 3/30/1999 | Letter from Ohno to Iwakata | CANON 008488 | |
| Exhibit P-15 | 3/29/1999 | Fax from Yaniv to Canon, Inc. | CANON 008489-8490 | G |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-16 | 3/25/1999 - 3/27/1999 | Composite Exhibit Including Fax from Ohno to Iwakata | CANON 008524-8527 | |
| Exhibit P-17 | 3/8/1999 | Handwritten Notes | CANON 008663-65 | |
| Exhibit P-18 | 3/8/1999 | Japanese Translation of Comments | CANON 008666-68 | |
| Exhibit P-19 | 3/1/1999 | Fax from Yaniv to Ohno | CANON 008669-8671 | |
| Exhibit P-20 | 2/24/1999 | Letter from Yaniv to Ohno | CANON 008672 | |
| Exhibit P-21 | 2/22/1999 | Letter from Yaniv to Ohno | CANON 008674-76 | |
| Exhibit P-22 | 2/19/1999 | Fax from Ohno to Iwakata | CANON 008684 | IC |
| Exhibit P-23 | 2/19/1999 | Letter from Ohno to Yaniv | CANON 008685-701 | |
| Exhibit P-24 | 2/2/1999 | E-mail from Iwakata to Ohno | CANON 008702 | H |
| Exhibit P-25 | 2/1/1999 | Letter from Yaniv to Marushima | CANON 008704-710 | |
| Exhibit P-26 | 1/13/1999 | Letter from Iwakata to Ohno and Marushima | CANON 008711-13 | H |
| Exhibit P-27 | 1/11/1999 | Letter from Iwakata to Marushima | CANON 008714 | |
| Exhibit P-28 | 12/14/1998 | Fax from Iwakata to Marushima | CANON 008715 | |
| Exhibit P-29 | 7/10/1998 | Letter from Matsumura to Maruyama | CANON 008721-23 | H |
| Exhibit P-30 | 6/16/1998 | Letter from Matsumura to Tanami | CANON 008726 | H |
| Exhibit P-31 | 6/18/1998 | Letter from Matsumura to Maruyama | CANON 008727-28 | H |
| Exhibit P-32 | 6/10/1998 | News Article | CANON 008731-34 | G, H |
| Exhibit | 6/15/1998 | Letter from Yaniv to | CANON 008752-57 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| P-33 | | Marushima | | |
| Exhibit P-34 | 9/21/2002 | E-mail from Sherizawa to Uzawa, et al | CANON 009312-13 | |
| Exhibit P-35 | 10/15/2002 | E-mail from Umezu to Hatanaka | CANON 009315-16 | |
| Exhibit P-36 | 11/25/2002 | E-mail from Furukawa to Aoki, et al | CANON 009317 | |
| Exhibit P-37 | 5/13/2003 | E-mail from Yamamoto to Uzawa | CANON 009322 | |
| Exhibit P-38 | 5/13/2003 | E-mail from Uzawa to Yamamoto | CANON 009323-24 | |
| Exhibit P-39 | 6/25/2003 | E-mail from Mochizuki to Serizawa | CANON 009326-29 | |
| Exhibit P-40 | 7/28/2003 | E-mail from Uzawa to Yamato | CANON 009329-30 | |
| Exhibit P-41 | 7/28/2003 | E-mail from Yamato to Uzawa | CANON 009331-33 | |
| Exhibit P-42 | 7/28/2003 | E-mail from Yamato to Uzawa | CANON 009334-36 | |
| Exhibit P-43 | 7/28/2003 | E-mail from Yamato to Hatanaka | CANON 009338-39 | |
| Exhibit P-44 | 8/6/2003 | Director's Report | CANON 009347-66 | |
| Exhibit P-45 | 8/6/2003 | Attachment 1 to Director's Report | CANON 009360-61 | IC |
| Exhibit P-46 | 1/19/2004 | E-mail from Yamato to Hosono | CANON 009381-84 | |
| Exhibit P-47 | 2/3/2004 - 2/7/2004 | Composite Exhibit Including Meeting Material | CANON 009427-62 | G |
| Exhibit P-48 | 2/24/2004 - 2/26/2004 | Composite Exhibit Including Meeting Material | CANON 009434-48 | G |
| Exhibit P-49 | 2/24/2004 - 2/26/2004 | Composite Exhibit Including Meeting Material | CANON 009449-462 | G |
| Exhibit P-50 | Undated | Patent licensing | CANON 009472-474 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-51 | 2/6/2004 | E-mail from Yamashita to Uzawa | CANON 009519-532 | |
| Exhibit P-52 | 7/9/2002 - 4/7/2003 | Composite Exhibit Including Meeting Material | CANON 009637-714 | G |
| Exhibit P-53 | 2/17/2003 - 6/25/2003 | Composite Exhibit Including Meeting Minutes | CANON 009815-870 | G |
| Exhibit P-54 | 5/30/2003 | E-mail from Yamato to Furukawa | CANON 009854-855 | |
| Exhibit P-55 | 4/6/2004 | E-mail from Hoshino to Hatanaka, et al | CANON 009918-20 | |
| Exhibit P-56 | 4/6/2004 | E-mail from Yamato to Uzawa | CANON 009921-22 | H |
| Exhibit P-57 | 4/7/2004 | E-mail from Yamato to Uzawa et al | CANON 009923-24 | |
| Exhibit P-58 | 4/7/2004 | E-mail from Yamamoto to Nishitani | CANON 009925-26 | |
| Exhibit P-59 | 4/7/2004 | E-mail from Yamato to Hatanaka et al | CANON 009927-28 | |
| Exhibit P-60 | 4/9/2004 | E-mail from Hosono to Shono et al | CANON 009929-43 | G |
| Exhibit P-61 | 4/9/2005 | E-mail from Yamato to Yamamoto | CANON 009944 | H |
| Exhibit P-62 | 4/12/2004 | E-mail from Hosono to Uzawa | CANON 009945-46 | |
| Exhibit P-63 | 4/12/2004 | E-mail from Hosono to Uzawa | CANON 009945-46 | Duplicate of P-62 |
| Exhibit P-64 | 4/12/2004 | E-mail from Yamato to Hatanaka et al | CANON 009947-53 | G |
| Exhibit P-65 | 4/14/2004 | Email from Hosono to Furuya | CANON 009954-55 | |
| Exhibit P-66 | 4/14/2004 | E-mail from Hosono to Yamato | CANON 009956-57 | |
| Exhibit P-67 | 4/14/2004 | E-mail from Furukawa to Hatanaka et al | CANON 009958-87 | |
| Exhibit | 4/15/2004 | E-mail from Hosono to | CANON 009988-91 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| P-68 | | Hatanaka et al | | |
| Exhibit P-69 | 4/15/2004 | E-mail from Furukawa to Tanaka et al | CANON 009992-93 | |
| Exhibit P-70 | 4/15/2004 | E-mail from Hosono to Hatanaka et al | CANON 009994-95 | |
| Exhibit P-71 | 4/15/2004 | E-mail from Hosono to Hatanaka et al | CANON 009996-10006 | |
| Exhibit P-72 | 4/20/2004 | Meeting Memorandum | CANON 010003 | |
| Exhibit P-73 | 4/15/2004 - 4/16/2004 | E-mail from Hosono to Yamamoto et al | CANON 010007-14 | G |
| Exhibit P-74 | 4/16/2004 | E-mail from Yamato to Uzawa et al | CANON 010015-23 | |
| Exhibit P-75 | 4/16/2004 | E-mail from Yamato to Miyamoto et al | CANON 010024-33 | |
| Exhibit P-76 | 4/19/2004 | E-mail from Nagao to Yamaguchi et al | CANON 010034-35 | |
| Exhibit P-77 | 4/19/2004 | E-mail from Yamamoto to Miyamoto | CANON 010036-52 | G |
| Exhibit P-78 | 4/22/2004 | E-mail from Hosono to Ichikawa | CANON 010059-64 | |
| Exhibit P-79 | 4/27/2004 | E-mail from Yamato to Hatanaka et al | CANON 010065-70 | G |
| Exhibit P-80 | 4/28/2004 | E-mail from Yamato to Uzawa et al | CANON 010071-75 | |
| Exhibit P-81 | 4/28/2004 | E-mail from Yamato to Hatanaka | CANON 010076-83 | |
| Exhibit P-82 | 5/11/2004 | E-mail from Yamato to Yamamoto et al | CANON 010107-08 | |
| Exhibit P-83 | 5/12/2004 | E-mail from Hosono to Yamato et al | CANON 010109-119 | |
| Exhibit P-84 | 5/18/2004 | Meeting Materials | CANON 010118 | |
| Exhibit P-85 | 5/16/2004 | E-mail from Yamato to Hatanaka | CANON 010191-207 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-86 | 5/17/2004 | E-mail to Hatanaka from Yamato re: LOI and related documents. | CANON 010193-238 | G |
| Exhibit P-87 | 5/21/2004 | E-mail from Hosono to Hatanaka | CANON 010315-29 | |
| Exhibit P-88 | 3/26/2004 | E-mail from Sanatake to Toyoda et al | CANON 010418 | |
| Exhibit P-89 | 3/26/2004 | E-mail from Yamashita to Sanatake | CANON 010418-421 | |
| Exhibit P-90 | 4/15/2004 | E-mail from Kawagoe to Hosono | CANON 010419-21 | Duplicate of P-89 |
| Exhibit P-91 | 4/26/2004 - 4/28/2004 | E-mail from Kawagoe to Yamato | CANON 010422-27 | G |
| Exhibit P-92 | 5/26/2004 | E-mail from Miyamoto to Murano | CANON 010428 | |
| Exhibit P-93 | 6/9/2004 | E-mail from Tsuruta to Yamato | CANON 010429 | |
| Exhibit P-94 | 6/10/2004 | E-mail from Shinki to Miyamoto et al | CANON 010430-38 | |
| Exhibit P-95 | 6/15/2004 | E-mail from Kawagoe to Furukawa | CANON 010439-40 | |
| Exhibit P-96 | 1/30/2004 | E-mail from Yamato to Tanaka | CANON 010441 | |
| Exhibit P-97 | 3/09/2004 - 3/17/2004 | E-mail from Yamato to Tanaka et al | CANON 010442-47 | |
| Exhibit P-98 | 03/22/2004 | E-mail from Yamato to Tanaka | CANON 010448 | |
| Exhibit P-99 | 4/1/2004 | E-mail from Yamato to Tanaka et al | CANON 010449 | |
| Exhibit P-100 | 4/27/2004 | E-mail from Yamato to Tanaka | CANON 010450 | |
| Exhibit P-101 | 5/6/2004 - 6/8/2004 | E-mail from Yamato to Tanaka | CANON 010451-53 | G |
| Exhibit P-102 | 7/15/2002 | E-mail from Yamato to Tanaka et al | CANON 010454-57 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-103 | 6/16/2004 | E-mail from Yamato to Tanaka et al | CANON 010458-64 | G |
| Exhibit P-104 | 7/31/2004 | E-mail from Yamato to Tanaka | CANON 010465-67 | G |
| Exhibit P-105 | 6/9/1999 | Joint Development Agreement | CANON 010558-571 | |
| Exhibit P-106 | 4/8/2004 | SED JV Agreement Study | CANON 010824-33 | |
| Exhibit P-107 | 6/02/2004 - 6/10/2004 | Composite Exhibit Including Meeting Minutes | CANON 010834-40 | G |
| Exhibit P-108 | 4/22/2005 | Proposals Comparison | CANON 010841-48 | |
| Exhibit P-109 | 6/21/1999 | Definitions/Joint Development Objects | CANON 010849 | |
| Exhibit P-110 | 7/13/2004 | JV Formats | CANON 010850-852 | |
| Exhibit P-111 | 7/27/2004 | Materials for Discussion | CANON 010853-859 | G |
| Exhibit P-112 | 8/27/2004 | Meeting Material | CANON 010860-861 | |
| Exhibit P-113 | 6/10/2004 | Meeting Memorandum | CANON 010862-64 | |
| Exhibit P-114 | 6/24/2004 | Meeting Notes | CANON 010865-867 | |
| Exhibit P-115 | 7/22/2004 | Meeting Memorandum | CANON 010868-69 | |
| Exhibit P-116 | 8/3/2004 | Meeting Memorandum | CANON 010870-871 | |
| Exhibit P-117 | 6/10/2004 - 8/3/2004 | Composite Exhibit Including Meeting Memoranda | CANON 010872-80 | G |
| Exhibit P-118 | 9/14/2004 | Joint Venture Agreement | CANON 010881-894 | |
| Exhibit P-119 | 5/21/2003 | Meeting Notes | CANON 010896-897 | |
| Exhibit | 8/19/1999 | Ceremony attendees | CANON 011060 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| P-120 | | | | |
| Exhibit P-121 | 5/10/2004 | E-mail from Hosono to Hatanaka et al | CANON 011092-106 | G |
| Exhibit P-122 | 7/5/1999 | List of Materials | CANON 011148 | IC |
| Exhibit P-123 | 6/30/1999 | SED Development | CANON 011155-59 | G |
| Exhibit P-124 | 6/9/1999 | SED Joint Press Conference Program | CANON 011175 | |
| Exhibit P-125 | 6/9/1999 - 6/14/1999 | Public Announcements | CANON 011177-192 | G |
| Exhibit P-126 | 3/24/1999 | Meeting Materials and Discussion Materials | CANON 011255-264 | G |
| Exhibit P-127 | 3/24/1999 | Meeting Material | CANON 011265-70 | G |
| Exhibit P-128 | 3/24/1998 | Deterioration mechanism | CANON 011272 | F, UA (no author identified for handwritten notes) |
| Exhibit P-129 | 3/24/1999 | Meeting Minutes | CANON 011273-74 | |
| Exhibit P-130 | 12/19/1998 - 4/5/1999 | Composite Exhibit Including Meeting Minutes | CANON 011275-97 | G |
| Exhibit P-131 | 12/19/1998 | Letter from Matsuda to Todokoro | CANON 011281 | |
| Exhibit P-132 | 12/17/1998 | Meeting Material | CANON 011282-303 | G |
| Exhibit P-133 | 12/17/1998 | Discussion Minutes | CANON 011282-84 | Duplicate of P-132 |
| Exhibit P-134 | 12/25/1998 | Letter from Okajima to Hatanaka | CANON 011285 | Duplicate of P-132 |
| Exhibit P-135 | 12/16/1998 | Discussion Material | CANON 011298 | Duplicate of P-132 |
| Exhibit P-136 | 12/16/1998 | Discussion Material | CANON 011299-303 | G, Duplicate of P-132 |
| Exhibit P-137 | 12/1/1998 | Guest Agenda | CANON 011304 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-138 | 11/00/1998 | Material Report Review | CANON 011305-313 | |
| Exhibit P-139 | 9/30/1998 | E-mail from Todokoro to Matsuda | CANON 011314 | |
| Exhibit P-140 | 9/28/1998 | Letter from Sakai to Okajima | CANON 011315 | |
| Exhibit P-141 | 9/25/1998 | Meeting Minutes | CANON 011316-317 | |
| Exhibit P-142 | 10/5/1998 | Letter from Okajima to Sakai | CANON 011318 | |
| Exhibit P-143 | 9/16/1998 | Letter from Matsuda to Todokoro | CANON 011319-321 | |
| Exhibit P-144 | Undated | Meeting Material | CANON 011322 | |
| Exhibit P-145 | 7/23/1998 | Meeting Minutes | CANON 011323-324 | |
| Exhibit P-146 | 8/10/1998 | Letter from Okajima to Hatanaka | CANON 011325 | |
| Exhibit P-147 | 7/22/1998 | Chart of Items Requested | CANON 011326-27 | |
| Exhibit P-148 | 9/15/2004-10/05/2004 | Composite Exhibit Including Meeting Minutes | CANON 011464-77 | G |
| Exhibit P-149 | 9/14/2004 | By-laws of SED Corporation and Memorandum/Agreement | CANON 011478-501 | G |
| Exhibit P-150 | 9/14/2004 | The Articles of Incorporation - SED Company Limited | CANON 011478-88 | Duplicate of P-149 |
| Exhibit P-151 | 1/9/1998 | Fax from Hatanaka to Toyota | CANON 011550-552 | |
| Exhibit P-152 | 5/9/1998 | Differentiations in face plate development | CANON 011553-554 | |
| Exhibit P-153 | 12/22/1998 | Situation Chart | CANON 011555 | |
| Exhibit P-154 | 12/22/1998 - 12/29/1998 | Composite Exhibit including Meeting Minutes | CANON 011555-559 | G |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-155 | 12/24/1998 | SED Technological Configuration | CANON 011556 | duplicate of P-154 |
| Exhibit P-156 | 12/1/1998 | Meeting Memorandum | CANON 011560-562 | G |
| Exhibit P-157 | 12/26/1998 | Meeting Memorandum | CANON 011563-570 | G |
| Exhibit P-158 | 2/23/1999 | Meeting minutes | CANON 011565-566 | duplicate of P-P157 |
| Exhibit P-159 | 3/17/1999 | Memorandum of Visit | CANON 011567-568 | duplicate of P-157 |
| Exhibit P-160 | 6/17/?? | History of SED Inc. | CANON 011569-570 | duplicate of P-157 |
| Exhibit P-161 | 6/4/1999 | Canon/Toshiba/SED/Joint development and JV related Q & A | CANON 011578-582 | |
| Exhibit P-162 | 2/9/2000 | E-mail from Suzuki to Hatanaka | CANON 012268-270 | G |
| Exhibit P-163 | 2/9/2000 | Meeting Minutes | CANON 012271-295 | G |
| Exhibit P-164 | 2/9/2000 | Meeting Minutes | CANON 012296-303 | |
| Exhibit P-165 | 2/9/2000 | Meeting Minutes | CANON 012304-307 | G |
| Exhibit P-166 | 2/8/2000 | Meeting Notes | CANON 012306 | |
| Exhibit P-167 | 2/17/2003 | Preliminary Report | CANON 012870 | |
| Exhibit P-168 | 2/17/2003 | Meeting Material | CANON 012871-875 | |
| Exhibit P-169 | 2/17/2003 | Meeting Material | CANON 012876-885 | |
| Exhibit P-170 | 2/17/2003 | Meeting Material | CANON 012886-896 | H |
| Exhibit P-171 | 5/25/2004 | The Basic Agreement Concerning the Establishment of SED Module Joint Venture | CANON 014947-949 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-172 | 2/14/2004 | Composite Exhibit Including Meeting Minutes | CANON 016026-27 | |
| Exhibit P-173 | 2/17/2004 | Meeting minutes | CANON 016028-38 | |
| Exhibit P-174 | 9/19/2003 | Meeting Material | CANON 016039-62 | |
| Exhibit P-175 | 6/04/2002 and 6/19/2002 | Composite Exhibit including Meeting Material | CANON 016063-66 | G |
| Exhibit P-176 | 10/28/2004 | History of SED Inc. | CANON 021496-500 | |
| Exhibit P-177 | 6/27/2005 | Board of Directors Meeting Minutes | CANON 021503-05 | |
| Exhibit P-178 | 9/14/2004 | Board of Directors Meeting Minutes | CANON 021512-514 | |
| Exhibit P-179 | 1/13/1999 | Lettter from Iwakata to Marushima | CANON 023218 | |
| Exhibit P-180 | 1/13/1999 | Fax from Iwakata to Marushima and Ohno | CANON 023218-20 | H |
| Exhibit P-181 | 1/11/1999 | Lettter from Iwakata to Marushima | CANON 023224-226 | |
| Exhibit P-182 | 1/11/1999 | Fax from Moriyama to Marushima | CANON 023224-26 | |
| Exhibit P-183 | 12/19/1998 | Letter from Yaniv to Iwakata | CANON 023229 | H |
| Exhibit P-184 | 12/14/1998 | Fax from Iwakata to Marushima | CANON 023230 | |
| Exhibit P-185 | 6/22/1999 | Fax from Ohno to Yaniv | CANON 023231-32 | |
| Exhibit P-186 | 3/12/1999 | Fax from Marushima to Iwakata | CANON 023239-59 | |
| Exhibit P-187 | 3/10/1999 | Fax from Yaniv to Marushima | CANON 023260-62 | H |
| Exhibit P-188 | 6/17/1998 | Confidentiality Agreement | CANON 039478-481 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-189 | 6/17/1998 | T/C Confidentiality Agreement | CANON 039482-495 | |
| Exhibit P-190 | 2/8/2005 | Basic Agreement for Contracting Development Businesses | CANON 039496-524 | |
| Exhibit P-191 | 2/21/2005 | Development Business Contracting Basic Agreement | CANON 039826-858 | G |
| Exhibit P-192 | | Japanese Language Document | CANON 039866-72 | |
| Exhibit P-193 | 12/22/2003 | E-mail from Suzuki to Yamamoto et al | CANON 039875 | |
| Exhibit P-194 | 1/14/1999 | Fax from Marushima to Kasami | CANON 039988-995 | |
| Exhibit P-195 | 2/1/1999 | Proposal for SED Related Joint Development Agreement Overview | CANON 039997-4004 | G |
| Exhibit P-196 | 3/9/1999 | Letter from Marushima to Kasami | CANON 040005-14 | |
| Exhibit P-197 | 3/10/2999 | Letter from Kasami to Marushima | CANON 040016 | |
| Exhibit P-198 | 3/19/1999 | Letter from Kasami to Marushima | CANON 040018-31 | |
| Exhibit P-199 | 4/5/1999 | Handwritten Notes | CANON 040032-50 | F, UA (cannot determine author) |
| Exhibit P-200 | 4/16/1999 | Notes from meeting | CANON 040115-121 | F, UA (cannot determine author) |
| Exhibit P-201 | 4/26/1999 | Meeting Notes | CANON 040126-132 | F, UA (cannot determine author) |
| Exhibit P-202 | 5/7/1999 | Meeting Notes | CANON 040156-163 | F, UA (cannot determine author) |
| Exhibit P-203 | 5/7/1999 | Fax from Marushima to Kasami | CANON 040165-181 | |
| Exhibit P-204 | 5/12/1999 | Meeting Notes | CANON 040183-187 | F, UA (cannot determine author) |
| Exhibit P-205 | 5/13/1999 | Fax from Marushima to Kasami | CANON 040191-207 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-206 | 5/19/1999 | Meeting Notes | CANON 040213-223 | F, UA (cannot determine author) |
| Exhibit P-207 | 5/20/1999 | Fax from Marushima to Kasami | CANON 040225-240 | |
| Exhibit P-208 | 5/25/1999 | Letter from Marushima to Kasami | CANON 040252-266 | |
| Exhibit P-209 | 6/25/2007 | Board of Directors Meeting | CANON 040288 | |
| Exhibit P-210 | 6/27/2005 | Board of Directors Meeting Minutes | CANON 040289-293 | |
| Exhibit P-211 | 12/26/2005 | Board of Directors Meeting | CANON 040294-300 | |
| Exhibit P-212 | 10/8/2002 | Meeting Material Control Chart | CANON 041204-223 | |
| Exhibit P-213 | 8/23/2002 | Meeting Material | CANON 041224-229 | |
| Exhibit P-214 | 10/19/2006 | Meeting Memorandum | CANON 041490-521 | |
| Exhibit P-215 | | | CANON 041965-2000 | G |
| Exhibit P-216 | 4/14/2004 | Meeting Memorandum | CANON 042150-179 | G |
| Exhibit P-217 | 9/20/2002 | Feasibility Study | CANON 042717-736 | |
| Exhibit P-218 | 11/29/2002 | Status Report | CANON 044488-507 | |
| Exhibit P-219 | Undated | Meeting Material | CANON 044676-680 | |
| Exhibit P-220 | 4/10/2000 | Meeting Material | CANON 044681-687 | |
| Exhibit P-221 | 10/4/2000 | SED Cost Estimates and Cost Allocation | CANON 044910-16 | |
| Exhibit P-222 | 11/1/2000 | Meeting Materials | CANON 044967-993 | |
| Exhibit | 7/18/2005 | Answer by Canon, Inc. and | Docket Entry 13 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| P-223 | | Canon U.S.A., Inc. | | |
| Exhibit P-224 | 7/19/2005 | Ordered that the parties confer and submit a proposed scheduling order to the Court by September 16, 2005 | Docket Entry 14 | |
| Exhibit P-225 | 8/23/2005 | Notice of filing Joint Report of Rule 26(f) Conference by Nano- Proprietary, Inc., Canon, Inc. and Canon U.S.A., Inc. | Docket Entry 19 | |
| Exhibit P-226 | 4/11/2005 | Complaint and Demand for Jury Trial by Nano-Proprietary, Inc. | Docket Entry 2 | |
| Exhibit P-227 | 9/12/2005 | Agreed Protective Order | Docket Entry 21 | |
| Exhibit P-228 | 9/29/2005 | Transcript of Scheduling Conference Before the Honorable Sam Sparks in *Nano-Proprietary, Inc. v. Canon, Inc. and Canon U.S.A., Inc.* | Docket Entry 26 | |
| Exhibit P-229 | 10/14/2005 | Scheduling order | Docket Entry 29 | |
| Exhibit P-230 | 10/14/2005 | Order granting in part, denying in part, Motion to dismiss | Docket Entry 30 | |
| Exhibit P-231 | 2/17/2006 | Minutes of proceedings for Status Conference conducted on 2/17/2006 | Docket Entry 34 | |
| Exhibit P-232 | 2/21/2006 | Transcript filed for dates of 2/17/2006 | Docket Entry 36 | |
| Exhibit P-233 | 4/5/2006 | Motion by Nano-Proprietary, Inc. to file under seal amended complaint | Docket Entry 44 | |
| Exhibit P-234 | 4/5/2006 | Motion by Nano-Proprietary, Inc. to file under seal leave for amended complaint | Docket Entry 45 | |
| Exhibit P-235 | 4/5/2006 | Sealed Motion by Nano-Proprietary, Inc. for leave to | Docket Entry 46 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| | | file amended complaint | | |
| Exhibit P-236 | 4/10/2006 | Order Motion hearing motion for leave to file amended complaint, motion to file under seal leave for amended complaint, motion to file under seal amended complaint, motion to compel the production of documents from defendant Canon, Inc. | Docket Entry 47 | |
| Exhibit P-237 | 4/13/2006 | Minutes of proceedings for Motion Hearing conducted on 4/13/2006 | Docket Entry 48 | |
| Exhibit P-238 | 4/17/2006 | Order granting motion for leave to file amended complaint, granting motion to file under seal leave for amended complaint, granting motion to file under seal amended complaint | Docket Entry 49 | |
| Exhibit P-239 | 5/16/2006 | Order denying Motion to Dismiss | Docket Entry 59 | |
| Exhibit P-240 | 9/7/2006 | Order granting Motion for Protective Order | Docket Entry 72 | |
| Exhibit P-241 | 11/14/2006 | Order denying Motion for Partial Summary Judgment | Docket Entry 91 | |
| Exhibit P-242 | 11/22/2006 | Order Status Conference set for 12/19/2006 | Docket Entry 93 | |
| Exhibit P-243 | 12/20/2006 | Order regarding Status Conference | Docket Entry 95 | |
| Exhibit P-244 | 12/21/2006 | Transcript of Proceedings held on 12/19/2006 | Docket Entry 97 | |
| Exhibit P-245 | 7/10/1998 | Fax from Yaniv to Iwakata | NANO-004143-4148 | |
| Exhibit P-246 | Undated | Published Paper | NANO-004388-394 | |
| Exhibit P-247 | 2/10/2005 | E-mail from Iwakata to Yaniv | NANO-004395-96 | H |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-248 | 11/8/2004 | Draft Letter from Eller to Mitarai | NANO-004403-08 | |
| Exhibit P-249 | 11/29/2004 | E-mail from Iwakata to Yaniv | NANO-004439-43 | H |
| Exhibit P-250 | 12/31/2005 | SEC 20-F Filing | NANO-0044427-616 | |
| Exhibit P-251 | 9/28/2004 | E-mail from Stallones to Yaniv | NANO-004444-45 | H |
| Exhibit P-252 | 9/27/2004 | E-mail from Stallones to Yaniv | NANO-004446-47 | H |
| Exhibit P-253 | 10/4/2004 | News Article | NANO-004448 | H |
| Exhibit P-254 | 9/14/2004 | E-mail from Iwakata to Yaniv | NANO-004449-52 | H |
| Exhibit P-255 | 9/28/2004 | News Article | NANO-004479 | H |
| Exhibit P-256 | 9/28/2004 | News Article | NANO-004480 | H |
| Exhibit P-257 | 9/14/2004 | E-mail from Stallones to Yaniv | NANO-004481-82 | H |
| Exhibit P-258 | 9/15/2004 | E-mail from Iwakata to Yaniv | NANO-004483-86 | H |
| Exhibit P-259 | 9/15/2004 | E-mail from Iwakata to Yaniv | NANO-004487-91 | H |
| Exhibit P-260 | 9/15/2004 | News Article | NANO-004501-02 | H |
| Exhibit P-261 | 11/22/2004 | News Article | NANO-004503-04 | |
| Exhibit P-262 | 9/7/2004 | News Article | NANO-004508-09 | H |
| Exhibit P-263 | 8/25/2004 | News Article | NANO-004510 | H |
| Exhibit P-264 | 8/15/2004 | E-mail from Iwakata to Yaniv | NANO-004511-15 | |
| Exhibit | 4/9/2004 | Power Point Presentation | NANO-004516-33 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| P-265 | | | | |
| Exhibit P-266 | 7/30/2004 | News Article | NANO-004535 | H |
| Exhibit P-267 | 4/11/2004 | News Article | NANO-004538-40 | H |
| Exhibit P-268 | 12/19/2003 | E-mail from Matsumura to Yaniv | NANO-004541-46 | H |
| Exhibit P-269 | 3/26/1999 | Patent License Agreement | NANO-004583-606 | |
| Exhibit P-270 | 3/30/1999 | Letter from Ohno to Eller | NANO-004584 | IC |
| Exhibit P-271 | 3/25/1999 | Fax from Ohno to Eller | NANO-004666-69 | |
| Exhibit P-272 | 3/29/1999 | Draft press release | NANO-004674 | |
| Exhibit P-273 | 3/24/1999 | Fax from Kordzik to O'Brien | NANO-004679-86 | |
| Exhibit P-274 | 3/18/1999 | Fax from Tikhonski to Kordzik | NANO-004687-91 | |
| Exhibit P-275 | 3/18/1999 | Fax from Kordzik to Marushima et al | NANO-004692-703 | |
| Exhibit P-276 | 3/19/1999 | Fax from Kordzik to Ohno et al | NANO-004704 | IC |
| Exhibit P-277 | 3/25/1999 | Fax from Kordzik to Yaniv | NANO-004743-4789 | |
| Exhibit P-278 | 3/19/1999 | Fax from Tikhonski to Kordzik | NANO-004822-4827 | |
| Exhibit P-279 | 3/17/1999 | Fax from Marushima to Yaniv | NANO-004841-4858 | |
| Exhibit P-280 | 3/12/1999 | Fax from Marushima to Yaniv | NANO-004890-4914 | |
| Exhibit P-281 | 1/28/1998 | Fax from Yaniv to Kordzik | NANO-004992-5000 | |
| Exhibit P-282 | 1/12/1999 | Letter from Yaniv to Iwakata | NANO-005243-5245 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-283 | 3/24/1999 | E-mail from Kordzik to O'Brien | NANO-005284-89 | |
| Exhibit P-284 | 3/24/1999 | Fax from Eller to Kordzik | NANO-005387-5390 | |
| Exhibit P-285 | 3/18/1999 | Fax from Tikhonski to Kordzik | NANO-005402-05 | |
| Exhibit P-286 | 3/3/2005 | Fax from Takigawa to Eller | NANO-006313-14 | |
| Exhibit P-287 | 1/15/2003 | E-mail from Iwakata to Yaniv | NANO-006428 | H |
| Exhibit P-288 | 1/27/2003 | E-mail from Yaniv to Eller and Baker | NANO-006436-37 | |
| Exhibit P-289 | 1/28/2003 | E-mail from Iwakata to Yaniv | NANO-006438-41 | |
| Exhibit P-290 | 12/20/2004 | Letter from Takigawa to Eller | NANO-006607-08 | |
| Exhibit P-291 | 1/17/2005 | E-mail from Iwakata to Yaniv | NANO-006651 | |
| Exhibit P-292 | 1/5/2005 | E-mail from Iwakata to Yaniv | NANO-006655-56 | |
| Exhibit P-293 | 10/6/2004 | E-mail from Konuma to Yaniv | NANO-006667-72 | H |
| Exhibit P-294 | 9/17/1997 | E-mail from Matsumura to Yaniv | NANO-006706 | |
| Exhibit P-295 | 12/4/2003 | E-mail from Matsumura to Fink | NANO-006944-46 | H |
| Exhibit P-296 | 7/24/1999 | Letter from Yaniv to Kordzik | NANO-008018-29 | |
| Exhibit P-297 | 8/15/2000 | E-mail from Iwakata to Yaniv | NANO-008034-35 | |
| Exhibit P-298 | 9/12/2000 | E-mail from Iwakata to Yaniv | NANO-008040-41 | |
| Exhibit P-299 | 10/31/2000 | E-mail from Yaniv to Komatsu | NANO-008042-46 | |
| Exhibit | 11/15/2000 | E-mail from Matsumura to | NANO-008047-48 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| P-300 | | Yaniv | | |
| Exhibit P-301 | Undated | Composite Exhibit Including Faxed Material from Yaniv to Krause | NANO-008634-57 | G |
| Exhibit P-302 | 10/6/1999 | Letter from Saga to Kordzik | NANO-008637 | |
| Exhibit P-303 | 1/28/2003 | E-mail from Yaniv to Iwakata | NANO-008661-63 | |
| Exhibit P-304 | 9/21/1999 | Letter from Saga to Kordzik | NANO-008669 NANO-008742-46 | G |
| Exhibit P-305 | 10/12/1999 | Letter from Kordzik to Saga | NANO-008679 | |
| Exhibit P-306 | 1/29/2003 | Letter to Mizoguchi from Yaniv | NANO-008687-96 | |
| Exhibit P-307 | 1/13/2003 | E-mail from Iwakata to Yaniv | NANO-008775-79 | G |
| Exhibit P-308 | 8/6/1999 | Letter to Nishimuro from Kordzik | NANO-008810-12 | |
| Exhibit P-309 | 12/8/2004 | Letter from Eller to Mitarai | NANO-008818-26 | |
| Exhibit P-310 | 7/9/1998 | Letter from Marushima to Yaniv | NANO-008871-74 | |
| Exhibit P-311 | 3/30/1999 | Fax from Ohno to Yaniv | NANO-009031-37 | G |
| Exhibit P-312 | 9/17/1999 | Letter from Kordzik to Yaniv | NANO-013199-205 | |
| Exhibit P-313 | 10/7/1999 | E-mail from Iwakata to Yaniv | NANO-013206-07 | |
| Exhibit P-314 | 9/7/2004 | E-mail from Eller to Yaniv | NANO-013879-81 | |
| Exhibit P-315 | 3/7/2005 | E-mail from Yaniv to Eller | NANO-014067 | |
| Exhibit P-316 | 1/7/2005 | E-mail from Yaniv to Eller | NANO-014098-99 | |
| Exhibit P-317 | 11/8/2004 | E-mail from Iwakata to Yaniv and Eller | NANO-014131-37 | H |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-318 | 9/16/2004 | E-mail from Yaniv to Eller | NANO-014153-57 | H |
| Exhibit P-319 | 9/15/2004 | E-mail from Yaniv to Eller | NANO-014162-65 | H |
| Exhibit P-320 | 8/30/2004 | E-mail from Yaniv to Eller | NANO-014191 | |
| Exhibit P-321 | 4/14/2004 | E-mail from Yaniv to Eller | NANO-014234 | |
| Exhibit P-322 | 2/21/1999 | Letter from Yaniv to Ohno | NANO-015552-53 | |
| Exhibit P-323 | Undated | Applied Nanotech, Inc. An Overview | NANO-019902-47 | |
| Exhibit P-324 | 11/1/2004 | Draft Letter from Eller to Ohno | NANO-021261-66 | |
| Exhibit P-325 | 1/16/2003 | Meeting of the Board of Directors (SIDT) | NANO-022877-79 | H, HH |
| Exhibit P-326 | 1/20/2003 | Meeting of the Board of Directors (SIDT) | NANO-022880-82 | |
| Exhibit P-327 | 1/15/2003 | Representation and Compensation Agreement | NANO-024356-57 | |
| Exhibit P-328 | 9/27/2000 | E-mail from Yaniv to Matsumura | NANO-027627 | |
| Exhibit P-329 | 9/12/2000 | E-mail fromYaniv to Iwakata | NANO-027783 | |
| Exhibit P-330 | 1/14/2005 | E-mail from Eller to Yaniv | NANO-042636 | |
| Exhibit P-331 | 12/7/2004 | E-mail from Iwakata to Yaniv | NANO-042702-04 | H |
| Exhibit P-332 | 12/7/2004 | E-mail from Yaniv to Iwakata | NANO-042705-12 | H |
| Exhibit P-333 | 11/8/2004 | E-mail from Yaniv to Iwakata | NANO-042775-76 | H |
| Exhibit P-334 | 10/4/2004 | E-mail from Iwakata to Yaniv | NANO-042802-03 | |
| Exhibit | 9/21/2004 | E-mail from Konuma to Yaniv | NANO-042812-18 | H |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| P-335 | | | | |
| Exhibit P-336 | 9/14/2004 | E-mail from Yaniv to Eller | NANO-042860-62 | H |
| Exhibit P-337 | 9/7/2004 | E-mail from Yaniv to Iwakata | NANO-042872-74 | |
| Exhibit P-338 | 8/24/2004 | E-mail from Yaniv to Iwakata | NANO-042907-09 | |
| Exhibit P-339 | 7/15/2004 | E-mail from Yaniv to Iwakata | NANO-042948-49 | |
| Exhibit P-340 | 1/16/2004 | E-mail from Yaniv to Iwakata | NANO-043007-08 | H |
| Exhibit P-341 | 1/15/2004 | E-mail from Yaniv to Eller | NANO-043009-10 | H |
| Exhibit P-342 | 1/9/2004 | E-mail from Yaniv to Eller | NANO-043013-14 | H |
| Exhibit P-343 | 1/8/2004 | E-mail from Yaniv to Iwakata | NANO-043015 | |
| Exhibit P-344 | 3/31/2003 | E-mail from Yaniv to Eller | NANO-043250-52 | H |
| Exhibit P-345 | 3/10/2003 | E-mail from Yaniv to Iwakata | NANO-043289-94 | |
| Exhibit P-346 | 1/14/2003 | E-mail from Yaniv to Iwakata | NANO-043303-04 | |
| Exhibit P-347 | 1/13/2003 | E-mail from Yaniv to Eller | NANO-043305-06 | |
| Exhibit P-348 | 1/28/2003 | E-mail from Iwakata to Yaniv | NANO-043314-21 | G, H |
| Exhibit P-349 | 1/16/2003 | E-mail from Yaniv to Eller | NANO-043342 | H |
| Exhibit P-350 | 9/27/2000 | E-mail from Yaniv to Iwakata | NANO-043423 | |
| Exhibit P-351 | 1/30/2007 | Memorandum Opinion and Order in *Nano-Proprietary, Inc. v. Till Keesmann*, Case No. 06-cv-02689 | NANO-043809-823 NANO-043824-839 | |
| Exhibit | 11/15/2006 | News Article | NANO-043925-927 | H |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| P-352 | | | | |
| Exhibit P-353 | 10/19/2006 | News Article | NANO-043928-929 | H |
| Exhibit P-354 | 10/19/2006 | News Article | NANO-043930-944 | H |
| Exhibit P-355 | 7/26/2006 | News Articles | NANO-043945-947 | H |
| Exhibit P-356 | 6/4/2006 | News Article | NANO-043948-951 | H |
| Exhibit P-357 | 2/5/2006 | News Article | NANO-043952-961 | H |
| Exhibit P-358 | Undated | News Article | NANO-043962-963 | H |
| Exhibit P-359 | Undated | Published Paper | NANO-043964-966 | H |
| Exhibit P-360 | 1/25/2006 | News Article | NANO-043967-969 | H |
| Exhibit P-361 | Undated | News Article | NANO-043970-971 | G, IC |
| Exhibit P-362 | 1/4/2006 | News Articles | NANO-043972-975 | H, |
| Exhibit P-363 | 12/19/2005 | News Article | NANO-043976-977 | H |
| Exhibit P-364 | 3/18/1997 | United States Patent - Patent Number: 5,612,712 | NANO-043978-996 | |
| Exhibit P-365 | 8/6/1996 | United States Patent - Patent Number: 5,543,684 | NANO-043997-021 | |
| Exhibit P-366 | 12/30/1997 | United States Patent - Patent Number: 5,703,435 | NANO-044022-031 | |
| Exhibit P-367 | 10/7/1997 | United States Patent - Patent Number: 5,675,216 | NANO-044032-047 | |
| Exhibit P-368 | 2/4/1997 | United States Patent - Patent Number: 5,600,200 | NANO-044048-057 | |
| Exhibit P-369 | 8/19/1997 | United States Patent - Patent Number: 5,659,224 | NANO-044071-78 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| Exhibit P-370 | 9/12/1995 | United States Patent - Patent Number: 5,449,970 | NANO-044079-094 | |
| Exhibit P-371 | 8/20/1996 | United States Patent - Patent Number: 5,548,185 | NANO-044095-106 | |
| Exhibit P-372 | 3/25/1997 | United States Patent - Patent Number: 5,614,353 | NANO-044107-125 | |
| Exhibit P-373 | 2/11/1997 | United States Patent - Patent Number: 5,601,966 | NANO-044126-145 | |
| Exhibit P-374 | 7/29/1997 | United States Patent - Patent Number: 5,652,083 | NANO-044146-165 | |
| Exhibit P-375 | 5/13/1997 | United States Patent - Patent Number: 5,628,659 | NANO-044166-185 | |
| Exhibit P-376 | 9/3/1996 | United States Patent - Patent Number: 5,551,903 | NANO-044186-208 | |
| Exhibit P-377 | 6/9/1998 | United States Patent - Patent Number: 5,763,997 | NANO-044209-221 | |
| Exhibit P-378 | 7/16/1996 | United States Patent - Patent Number: 5,536,193 | NANO-044222-235 | |
| Exhibit P-379 | 1/19/1999 | United States Patent - Patent Number: 5,861,707 | NANO-044236-252 | |
| Exhibit P-380 | 10/21/1997 | United States Patent - Patent Number: 5,679,043 | NANO-044253-266 | |
| Exhibit P-381 | 6/18/1996 | United States Patent - Patent Number: 5,528,099 | NANO-044267-284 | |
| Exhibit P-382 | 4/6/1993 | United States Patent - Patent Number: 5,199,918 | NANO-044285-292 | |
| Exhibit P-383 | 8/10/1993 | United States Patent - Patent Number: 5,234,724 | NANO-044293-301 | |
| Exhibit P-384 | 7/9/1996 | United States Patent - Patent Number: 5,534,584 | NANO-044302-306 | |
| Exhibit P-385 | 4/2/1996 | United States Patent - Patent Number: 5,504,767 | NANO-044307-313 | |
| Exhibit P-386 | 10/6/1998 | United States Patent - Patent Number: 5,818,166 | NANO-044314-323 | |
| Exhibit | 2/9/1999 | United States Patent - Patent | NANO-044324-334 | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| P-387 | | Number: 5,869,922 | | |
| Exhibit P-388 | 5/17/1994 | United States Patent - Patent Number 5,312,514 | NANO-044335-344 | |
| Exhibit P-389 | 8/23/1994 | United States Patent - Patent Number: 5,341,063 | NANO-044345-351 | |
| Exhibit P-390 | 3/21/1995 | United States Patent - Patent Number: 5,399,238 | NANO-044352-360 | |
| Exhibit P-391 | 8/29/1995 | United States Patent - Patent Number: 5,445,550 | NANO-044361-378 | |
| Exhibit P-392 | 10/11/1994 | United States Patent - Patent Number: 5,354,584 | NANO-044379-387 | |
| Exhibit P-393 | Undated | News Clips | NANO-044395 | |
| Exhibit P-394 | 1/29/2007 | Results for the Fourth Quarter and the Fiscal Year Ended Decmeber 31, 2006 | NANO-044396-426 | |
| Exhibit P-395 | 9/20/2005 | Nano-Proprietary, Inc.'s First Request to Canon Inc. for Production of Documents | | |
| Exhibit P-396 | 11/4/2005 | Defendant Canon Inc.'s Response to Nano-Proprietary's First Request to Canon Inc. for Production of Documents | | |
| Exhibit P-397 | 11/4/2005 | Defendant Canon U.S,A.'s Response to Nano-Proprietary's First Request to Canon U.S.A. for Production of Documents | | |
| Exhibit P-398 | 1/20/2006 | Plaintiff Nano-Proprietary Inc.'s Rule 30(b)(6) Deposition Notice to Canon, Inc. | | |
| Exhibit P-399 | 2/00/2006 | Defendants Canon Inc. and Canon U.S.A., Inc. Privileged Document List | | |
| Exhibit P-400 | 2/17/2006 | Transcript of Status Conference/All Pending | | |

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| | | Matters Before the Honorable Sam Sparks in *Nano-Proprietary, Inc. v. Canon, Inc. and Canon U.S.A., Inc,* | | |
| Exhibit P-401 | 3/8/2006 | Transcript of Deposition of Mitsuyuki Iwakata dated March 8, 2006 | | G, H |
| Exhibit P-402 | 3/8/2006 | Videotaped Deposition of Mitsuyuki Iwakata dated March 8, 2006 | | G, H |
| Exhibit P-403 | 4/13/2006 | Transcript of All Pending Matters Before the Honorable Sam Sparks in *Nano-Proprietary, Inc. v. Canon, Inc. and Canon U.S.A., Inc.* | | |
| Exhibit P-404 | 4/27/2006 | The Parties' Joint Report to the Court on the Resolution of Discovery Disputes | | |
| Exhibit P-405 | 5/4/2006 | Defendants Canon Inc. and Canon U.S.A., Inc.'s Answer and Defenses to Plaintiff's Amended Complaint | | |
| Exhibit P-406 | 5/18/2006 | Plaintiff Nano-Proprietary Inc.'s Rule 30(b)(6) Deposition Notice to Canon, Inc. | | |
| Exhibit P-407 | 6/20/2006 | Videotaped 30(b)(6) Deposition of Shigeru Ohno dated June 20, 2006 | | G |
| Exhibit P-408 | 6/20/2006 | Transcript of 30(b)(6) Deposition of Shigeru Ohno dated June 20, 2006 | | G |
| Exhibit P-409 | 6/21/2006 | Videotaped 30(b)(6) Deposition of Tatsuo Nishioka dated June 21, 2006 | | G |
| Exhibit P-410 | 6/21/2006 | Transcript of 30(b)(6) Deposition of Tatsuo Nishioka dated June 21, 2006 | | G |
| Exhibit | 6/22/2006 | Videotaped 30(b)(6) | | G |

26

| Exh. No. | Date | Document | Bates No. | Objections |
|---|---|---|---|---|
| P-411 | | Deposition of Shunichi Uzawa dated June 22, 2006 | | |
| Exhibit P-412 | 6/22/2006 | Transcript of 30(b)(6) Deposition of Shunichi Uzawa dated June 22, 2006 | | G |
| Exhibit P-413 | 6/23/2006 | Videotaped 30(b)(6) Deposition of Hideki Sanatake dated June 23, 2006 | | G |
| Exhibit P-414 | 6/23/2006 | Transcript of 30(b)(6) Deposition of Hideki Sanatake dated June 23, 2006 | | G |
| Exhibit P-415 | 7/6/2006 | Plaintiff Nano-Proprietary Inc.'s Notice of Deposition to Giichi Marushima | | |
| Exhibit P-416 | 7/11/2006 | Letter from Cannella to Yohannan | | |
| Exhibit P-417 | 8/00/2006 | Defendants Canon Inc. and Canon U.S.A., Inc. Addendum to Privileged Document List | | |
| Exhibit P-418 | 8/28/2006 | Canon Inc.'s Response to Nano-Proprietary, Inc.'s First Set of Interrogatories to Canon Inc. | | |
| Exhibit P-419 | 8/28/2006 | Canon Inc.'s Response to Nano-Proprietary's Third Request to Canon Inc. for Production of Documents | | |
| Exhibit P-420 | 8/31/2006 | Canon Inc.'s Response to Nano-Proprietary, Inc.'s Second Set of Interrogatories to Canon, Inc. | | |
| Exhibit P-421 | 8/31/2006 | Canon Inc.'s Response to Nano-Proprietary, Inc.'s Third Set of Interrogatories to Canon, Inc. | | |
| Exhibit P-422 | 8/31/2006 | Canon Inc.'s Response to Nano-Proprietary's Fourth Request to Canon Inc. for Production of Documents | | |

| Exh. No. | Date | Document | Bates No. | Objections |
|----------|------|----------|-----------|------------|
| Exhibit P-423 | 12/19/2006 | Transcript of Status Conference Before the Honorable Sam Sparks in *Nano-Proprietary, Inc. v. Canon, Inc. and Canon U.S.A., Inc.* | | |

Dated: February 20, 2007                    Respectfully submitted,

MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.

By: _____

    Richard D. Milvenan
    Texas State Bar No. 14171800
    Patton G. Lochridge
    Texas State Bar No. 12458500
    McGinnis, Lochridge & Kilgore, L.L.P.
    600 Congress Avenue, Suite 2100
    Austin, Texas 78701
    (512) 495-6000 : Telephone
    (512) 495-6093 : Facsimile

Nicholas M. Cannella *admitted pro hac vice*
Michael P. Sandonato *admitted pro hac vice*
John C. Heuton *admitted pro hac vice*
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801
(212) 218-2100
(212) 218-2200 (Fax)

**ATTORNEYS FOR DEFENDANTS,
CANON INC., AND CANON U.S.A., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Thomas H. Watkins
Albert A Carrion, Jr.
Randall C. Doubrava
BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 480-5033 (Fax)

Paul Rosenthal
Basil C. Culyba
Thomas E. Gilberten
David R. Yohannan
COLLIER SHANNON SCOTT, P.L.L.C.
3050 K Street, NW
Washington, DC 20007
(202) 342-8400
(202) 342-8451 (Fax)

Richard D. Milvenan